Paul THOMES and Richard Thomes, Plaintiffs-Appellants,

v.

EQUITABLE SAVINGS AND LOAN ASSOCIATION, Defendant-Appellee.

No. 87–1413
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 9, 1987.

Linda N. Coffee, Palmer & Palmer, Dallas, Tex., for plaintiffs-appellants.

Charles R. Haworth, Patrick E. Longan, Andrews & Kurth, Dallas, Tex., for defendant-appellee.

Before GEE, JOHNSON and GARWOOD, Circuit Judges.

---

* Henry A. Mentz, Jr., District Judge of the Eastern District of Louisiana, sitting by designation.

** Due to his death on October 19, 1987, Judge Hill did not participate in this decision. The petition for rehearing is being decided by a quorum. 28 U.S.C. § 46(d).

**PER CURIAM:**

As to all issues save the constitutional one, the judgment is AFFIRMED. Local Rule 47.6. *North Mississippi Savings & Loan Assn. v. Hudsbeth,* 756 F.2d 1096 (5th Cir.1985), *cert. denied,* 474 U.S. 1054, 106 S.Ct. 790, 88 L.Ed.2d 768 (1986).

The constitutional claim does not seem to have been advanced before the trial court, however it appears to involve issues of law only. On this assumption, and because the issue has been characterized as a troubling one by our Brothers of the Ninth Circuit in light of *Northern Pipeline Construction Co. v. Marathon Pipeline Co.,* 458 U.S. 50, 102 S.Ct. 2858, 73 L.Ed.2d 598 (1982), we assign this appeal to the oral argument calendar for presentation of the constitutional issue. See *Morrison-Knudsen Co. v. CHG International,* 811 F.2d 1209, 1221–22 (9th Cir.1987). It is so

ORDERED.